CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

DEC 15 2008

JOHN F. CORCORAN, CLERK
BY /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MERRICKS, ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br> MONACO COACH CORP., <br><br> *Defendant.* | CIVIL NO. 3:08cv00047 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on the Defendant's Motions to Dismiss (docket no.11). For the reasons stated in the accompanying Memorandum Opinion, the Defendant's Motion to Dismiss is hereby DENIED IN PART, as to Plaintiffs' claims for breach of implied warranties, and GRANTED IN PART, as to Plaintiffs' claims for breach of express warranties.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: This 15th Day of December, 2008

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE